

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                                                          |   |                               |
|--------------------------------------------------------------------------|---|-------------------------------|
| Alex Hernandez,                                                          | § | No. 08-16-00290-CV            |
|                                                                          | § | Appeal from the               |
| Appellant,                                                               |   |                               |
|                                                                          | § | County Court at Law No. 3     |
| v.                                                                       |   |                               |
|                                                                          | § | of El Paso County, Texas      |
| US Bank Trust NA as Trustee for LSF8 Master Participation Trust,          |   |                               |
|                                                                          | § | (TC# 2016-CCV00265)           |
| Appellee.                                                                | § |                               |

## O R D E R

On November 21, 2016 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On November 28, 2016 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Appellant's brief is due in this Court on or before December 28, 2016.

IT IS SO ORDERED this 28th day of November, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.